Order Filed on April 8, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 090113B

In Re:

Donna V. Patterson
aka Donna Hayes
aka Donna Mahoney
aka Donna Washington

Case No.: 16-33307-JNP

Hearing Date: March 26, 2019
Judge: Jerrold N. Poslusny, Jr.

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |

# ORDER RESOLVING CERTIFICATION OF DEFAULT
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the followi

**DATED: April 8, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Specialized Loan Servicing LLC |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Tamike Nicole Wyche, Esquire |
| Property Involved ("Collateral"): | 701 A Ralston Drive, Mount Laurel, NJ 08054 |
| Relief Sought: | ☒ Certification of Default |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for three months, from January 1, 2019 to March 1, 2019.
   - ☒ The Debtor is overdue for one payment at $1,013.33 per month.
   - ☒ The Debtor is overdue for two payments at $972.40 per month.
   - ☒ Less suspense balance of $531.11.
   
   Total Arrearages Due $2,427.02.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Check No. 22723, in the amount of $1,454.62, is in transit to the Mortgagee.
   - ☒ The remaining post-Petition arrearage balance of $972.40 shall be paid by April 5, 2019.
   - ☒ The Debtor shall pay the April 1, 2019 payment, in the amount of $972,40, by April 30, 2019.
   - ☒ Beginning on May 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $972.40.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Regular monthly payment:
     
     Specialized Loan Servicing LLC
     PO Box 636007
     Littleton, CO 80163

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $200.

The fees and costs are payable:

☒ through the Chapter 13 Plan.