Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  16–33307–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Donna V. Patterson
    aka Donna Hayes, aka Donna Mahoney,
    aka Donna Washington
  701 Ralston Dr
  Apt A
  Mount Laurel, NJ 08054–3389
Social Security No.:
  xxx–xx–0652

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                July 14, 2020
Time:                    10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*75* – Certification In Objection to (related document:74 Creditor's Certification of Default (related document:48 Motion for Relief from Stay re: 701A Ralston Drive, Mt. Laurel, NJ 08054. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC, 59 Creditor's Certification of Default filed by Creditor Specialized Loan Servicing LLC, 66 Order (Generic)) filed by Denise E. Carlon on behalf of SPECIALIZED LOAN SERVICING, LLC. Objection deadline is 06/19/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certificate Re Post–Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor SPECIALIZED LOAN SERVICING, LLC) filed by Tamika Nicole Wyche on behalf of Donna V. Patterson. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: June 22, 2020
JAN: kaj

Jeanne Naughton
Clerk