Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  16−33307−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donna V. Patterson
   aka Donna Hayes, aka Donna Mahoney,
   aka Donna Washington
   701 Ralston Dr
   Apt A
   Mount Laurel, NJ 08054−3389

Social Security No.:
   xxx−xx−0652

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               July 14, 2020
Time:              10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**75** − Certification In Objection to (related document:74 Creditor's Certification of Default (related document:48 Motion for Relief from Stay re: 701A Ralston Drive, Mt. Laurel, NJ 08054. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC, 59 Creditor's Certification of Default filed by Creditor Specialized Loan Servicing LLC, 66 Order (Generic)) filed by Denise E. Carlon on behalf of SPECIALIZED LOAN SERVICING, LLC. Objection deadline is 06/19/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certificate Re Post−Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor SPECIALIZED LOAN SERVICING, LLC) filed by Tamika Nicole Wyche on behalf of Donna V. Patterson. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: June 22, 2020
JAN: kaj

                                                                                         Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Donna V. Patterson  
    Debtor

Case No. 16-33307-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Jun 22, 2020  
                 Form ID: 173   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2020.
db         Donna V. Patterson,    701 Ralston Dr,    Apt A,    Mount Laurel, NJ  08054-3389

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
      Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
      Robert Davidow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
      Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
      Tamika Nicole Wyche    on behalf of Debtor Donna V. Patterson dpdlawyer@comcast.net, G30609@notify.cincompass.com
      Thomas J Orr    on behalf of Creditor    LeCLub II Condominium Association tom@torrlaw.com, xerna@aol.com;orrtr87054@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      TOTAL: 10