UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, LLC

In Re:

Donna V. Patterson

Case No.:       16-33307 JNP

Chapter:              13

Hearing Date:    7/14/2020

Judge:       Jerrold N. Poslusny, J.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☐ Withdrawn

Matter: Creditor's Certification of Default filed on June 5, 2020; document number 74

_____

Date: 6/25/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*