| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**TAMIKA N. WYCHE, ESQUIRE**<br>**LAW OFFICES OF DAVID PAUL DANIELS**<br>**2985 YORKSHIP SQUARE, SUITE 1A**<br>**CAMDEN, NEW JERSEY 08104**<br>**(856) 338-0411**<br>TW006502006 | Order Filed on December 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>DONNA PATTERSON | Case No.: 16-33307 JNP<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: HON. JERROLD N. POSLUSNY JR. |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: December 16, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: DONNA PATTERSON

Case No: 16-33307 JNP

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

     Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

     Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of $400.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__      through the Chapter 13 Plan as an administrative priority.

  _____      outside the plan.

     The debtor's monthly plan is modified to $398.00 per month for the remaining 12 months to allow for payment of the aforesaid fee, beginning, January 1, 2021.